**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FEB 22 2022

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT M. MEAD, | No. 21-15368 |
| Plaintiff-Appellant, | D.C. No. 2:20-cv-00578-DB |
| v. | |
| CAROLYN INEZ WILLIAMS, | MEMORANDUM[*] |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Eastern District of California
Deborah L. Barnes, Magistrate Judge, Presiding[**]

Submitted February 15, 2022[***]

Before:      FERNANDEZ, TASHIMA, and FRIEDLAND, Circuit Judges.

Robert M. Mead appeals pro se from the district court's order granting

defendant's post-judgment motion in Mead's action alleging federal and state law

claims.  We have jurisdiction under 28 U.S.C. § 1291.  We affirm.

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The parties consented to proceed before a magistrate judge.  *See* 28 U.S.C. § 636(c).

[***]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

In its order, the district court clarified that the parties' state court case, *In re Marriage of Mead and Williams-Mead*, was not removed to the district court. For the reasons set forth in the district court's order, we affirm.

Mead's motion to recall the mandate in appeal No. 20-17370 and to consolidate that appeal with this appeal is denied.

**AFFIRMED.**